UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21900-CIV-ALTONAGA/Simonton

**DREW ESTATE HOLDING
COMPANY LLC**,

    Plaintiff,

vs.

**FANTASIA DISTRIBUTION,
INC.**,

    Defendant/Third-Party
    Plaintiff

vs.

**STARBUZZ TOBACCO, INC.**,

    Third-Party Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Conflict and Unopposed Motion to Continue Trial Date ("Motion") [ECF No. 94], filed on January 13, 2012.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and the January 12, 2012 Order [ECF No. 92] is **MODIFIED** as follows:

This cause is set for trial during the Court's two-week trial calendar beginning on **October 9, 2012**.  Calendar call will be held at **9:00 a.m. on Tuesday, October 2, 2012**.  A pre-trial conference will be held at **on Tuesday, October 2, 2012**, immediately following the calendar call.

Case No. 11-21900-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of January, 2012.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record