UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21900-CIV-ALTONAGA

**DREW ESTATE HOLDING**
**COMPANY LLC**,

      Plaintiff,
vs.

**FANTASIA DISTRIBUTION,**
**INC.**, *et al*.,

      Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion to File Documents Under Seal in Support of Response in Opposition to Motion for Summary Judgment [ECF No. 136]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of May, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record